7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Timothy Carl Ferguson and Carolyn Sue Ferguson
**Debtor**

*Bankruptcy Case No.*
14–30604–can7

**United States Trustee**
  Plaintiff(s)

*Adversary Case No.*
15–03007–can

v.

**Timothy Carl Ferguson**
**Carolyn Sue Ferguson**
  Defendant(s)

## JUDGMENT

   The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: that the discharge of Timothy Carl Ferguson and Carolyn Sue Ferguson hereby is DENIED; and it is further ORDERED, ADJUDGED AND DECREED that each party shall bear its own costs.

PAIGE WYMORE–WYNN
Acting Court Executive

By: /s/ Jamie McAdams
  Deputy Clerk



Date of issuance: 8/20/15

Court to serve